B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Sheetfed, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA American Cards International; DBA Amerigroup, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4223360** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**355 East North Ave.**<br>**Carol Stream, IL**<br>ZIP Code **60188** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(1/08)** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**American Sheetfed, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____<br>
       (Name of landlord that obtained judgment)

       _____<br>
       (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **American Sheetfed, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**October  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jordan D. Mann**
Signature of Authorized Individual

**Jordan D. Mann**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  2, 2009**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **American Sheetfed, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A & M Quality Transport, Inc.**<br>**758 Lambert Lane**<br>**Bartlett, IL 60103** | **A & M Quality Transport, Inc.**<br>**758 Lambert Lane**<br>**Bartlett, IL 60103** | **vendor** | | **10,102.95** |
| **AllPoints Capital**<br>**265 Broad Hollow Rd.**<br>**Melville, NY 11747** | **AllPoints Capital**<br>**265 Broad Hollow Rd.**<br>**Melville, NY 11747** | **Purchase money security interest 6 color press** | | **767,650.00**<br><br>**(300,000.00 secured)** |
| **Blue Cross Blue Shield of Illinois**<br>**Healthcare Service Corporation**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** | **Blue Cross Blue Shield of Illinois**<br>**Healthcare Service Corporation**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** | **insurance** | | **18,097.58** |
| **Boltaron Performance Products, LLC**<br>**P.O. Box 75533**<br>**Cleveland, OH 44101** | **Boltaron Performance Products, LLC**<br>**P.O. Box 75533**<br>**Cleveland, OH 44101** | **vendor** | | **15,815.04** |
| **Card Personalization Solutions**<br>**Attn: Accounts Receivable**<br>**999 Postal Road**<br>**Allentown, PA 18109** | **Card Personalization Solutions**<br>**Attn: Accounts Receivable**<br>**999 Postal Road**<br>**Allentown, PA 18109** | **vendor** | | **10,940.87** |
| **ClearStaff, Inc.**<br>**7501 S. Lemont Rd.**<br>**Suite 220**<br>**Woodridge, IL 60517** | **ClearStaff, Inc.**<br>**7501 S. Lemont Rd.**<br>**Suite 220**<br>**Woodridge, IL 60517** | **vendor** | | **53,168.64** |
| **First Industrial Securities**<br>**P.O. Box 70846**<br>**Chicago, IL 60673-0846** | **First Industrial Securities**<br>**P.O. Box 70846**<br>**Chicago, IL 60673-0846** | **landlord** | | **81,223.28** |
| **First Industrial Securities LP**<br>**PO Box 70846**<br>**Chicago, IL 60673** | **First Industrial Securities LP**<br>**PO Box 70846**<br>**Chicago, IL 60673** | **non residential lease of real property 355 E. North Ave., Carol Stream, IL** | **Unliquidated** | **84,000.00** |
| **FujiFilm Graphic Systems**<br>**Dept. CH 10764**<br>**Palatine, IL 60055-0001** | **FujiFilm Graphic Systems**<br>**Dept. CH 10764**<br>**Palatine, IL 60055-0001** | **vendor** | | **13,837.95** |

B4 (Official Form 4) (12/07) - Cont.

In re   **American Sheetfed, Inc.**                                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Instinctive Marketing Ltd.**<br>**529 N. First St.**<br>**Geneva, IL 60134** | **Instinctive Marketing Ltd.**<br>**529 N. First St.**<br>**Geneva, IL 60134** | **commissions due**<br>**John Townsend** | | **13,430.61** |
| **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** | **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** | **lease agreement dated 9/12/2008** | **Disputed** | **1,172,512.00** |
| **Lindenmeyr Munroe**<br>**P.O. Box 99922**<br>**Chicago, IL 60696-7722** | **Lindenmeyr Munroe**<br>**P.O. Box 99922**<br>**Chicago, IL 60696-7722** | **vendor** | | **43,099.65** |
| **Master Paper Box Company**<br>**3641 South Iron Street**<br>**Chicago, IL 60609** | **Master Paper Box Company**<br>**3641 South Iron Street**<br>**Chicago, IL 60609** | **vendor** | | **15,320.76** |
| **Pitman Company**<br>**P.O. Box 402779**<br>**Atlanta, GA 30384-2779** | **Pitman Company**<br>**P.O. Box 402779**<br>**Atlanta, GA 30384-2779** | **vendor** | | **18,136.37** |
| **Platinum Converting**<br>**851 Expressway Drive**<br>**Itasca, IL 60143** | **Platinum Converting**<br>**851 Expressway Drive**<br>**Itasca, IL 60143** | **vendor** | | **15,020.80** |
| **Press Smart**<br>**13405 Millbank Drive**<br>**Plainfield, IL 60585** | **Press Smart**<br>**13405 Millbank Drive**<br>**Plainfield, IL 60585** | **vendor** | | **12,878.72** |
| **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** | **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** | **equipment finance installment note**<br>**6 color press S/N 95137** | **Unliquidated** | **280,000.00** |
| **Transilwrap Company, Inc.**<br>**2434 Momentum Place**<br>**Chicago, IL 60689-5324** | **Transilwrap Company, Inc.**<br>**2434 Momentum Place**<br>**Chicago, IL 60689-5324** | **vendor** | | **12,377.90** |
| **Unisource - Chicago**<br>**7472 Collection Center Dr.**<br>**Chicago, IL 60693** | **Unisource - Chicago**<br>**7472 Collection Center Dr.**<br>**Chicago, IL 60693** | **vendor** | | **30,845.46** |
| **XPEDX**<br>**3568 Solutions Center**<br>**Chicago, IL 60677-3005** | **XPEDX**<br>**3568 Solutions Center**<br>**Chicago, IL 60677-3005** | **vendor** | | **69,772.04** |

B4 (Official Form 4) (12/07) - Cont.

In re    **American Sheetfed, Inc.**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October  2, 2009**                    Signature   **/s/ Jordan D. Mann**

**Jordan D. Mann**

**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re __**American Sheetfed, Inc.**_____,   Case No. _____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,392,462.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,246,776.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 14,438.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 2,045,778.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,392,462.00 | | |
| Total Liabilities | | | | 3,306,993.05 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **American Sheetfed, Inc.**                                                    ,     Case No. _____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re __American Sheetfed, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **American Sheetfed, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Chartered Bank checking** | - | 0.00 |
| | | **money market** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **general liability, workers' comp., auto insurance, errors and omissions** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    500.00
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **American Sheetfed, Inc.**                                              ,      Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **$541,761.54 less than 90 days (value is approximately 90% of gross amount) $149,839.28 more than 90 days (value is approximately 20% of the gross amount)** | - | 517,552.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     517,552.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    __American Sheetfed, Inc._____,    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2 Clark Forklifts** | - | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation value** | - | 6,700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Liquidation value** | - | 848,200.00 |
| 30. Inventory. | | **Liquidation value** | - | 13,510.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 874,410.00 |
| (Total of this page) | |
| Total > | 1,392,462.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __**American Sheetfed, Inc.**_____,   Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **S/NA04133** **AllPoints Capital** **265 Broad Hollow Rd.** **Melville, NY 11747** | | - | | **Purchase money security interest** **6 color press** | | | | | |
| | | | | Value $　　　**300,000.00** | | | | **767,650.00** | **467,650.00** |
| Account No. **240680007** **American Chartered Bank** **1199 East Higgins Road** **Schaumburg, IL 60173** | X | - | | **revolving note** | | | | | |
| | | | | Value $　　**1,092,462.00** | | | | **470,000.00** | **0.00** |
| Account No. **TCF Leasing Inc.** **PO Box 4130** **Hopkins, MN 55343-0498** | | - | | **UCC perfected security interest** | | | X | | |
| | | | | Value $　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **US Bankcorp Equipment Finance** **PO Box 790413** **Saint Louis, MO 63179-0413** | | - | | | | | | | |
| | | | | Value $　　　　**0.00** | | | | **9,126.00** | **9,126.00** |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **1,246,776.00** | **476,776.00** |
| Total (Report on Summary of Schedules) | **1,246,776.00** | **476,776.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **American Sheetfed, Inc.**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **American Sheetfed, Inc.**                                   ,   Case No. _____
_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | commissions | | | | | | |
| Howard Sokol 357 Rivershire Court Lincolnshire, IL 60069 | | - | | | | | | 286.27 | |
| | | | | | | | 286.27 | | 0.00 |
| Account No. | | | commissions due John Townsend | | | | | | |
| Instinctive Marketing Ltd. 529 N. First St. Geneva, IL 60134 | | - | | | | | | 13,430.61 | |
| | | | | | | | 13,430.61 | | 0.00 |
| Account No. | | | commissions owed | | | | | | |
| James R. Severyns 268 Anthony St. Glen Ellyn, IL 60137 | | - | | | | | | 30.00 | |
| | | | | | | | 30.00 | | 0.00 |
| Account No. | | | commissions | | | | | | |
| Kathy Liebich 4107 N Kostner Chicago, IL 60641 | | - | | | | | | 243.04 | |
| | | | | | | | 243.04 | | 0.00 |
| Account No. | | | commissions | | | | | | |
| Phillip Raffin 892 Goodrich Place Palatine, IL 60067 | | - | | | | | | 448.34 | |
| | | | | | | | 448.34 | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 14,438.26 | 14,438.26 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 14,438.26 | 14,438.26 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **American Sheetfed, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | |
| **A & M Quality Transport, Inc. 758 Lambert Lane Bartlett, IL 60103** | - | | | | | | 10,102.95 |
| Account No. | | | vendor | | | | |
| **Aflac Incorporated 1932 Wynnton Road Columbus, GA 31999** | - | | | | | | 935.28 |
| Account No. | | | vendor | | | | |
| **Alden & Ott Printing Inks, LP 616 East Brook Drive Arlington Heights, IL 60005** | - | | | | | | 513.50 |
| Account No. 3-0933-0009934 | | | vendor | | | | |
| **Allied Waste Services #933 P.O. Box 9001154 Louisville, KY 40290-1154** | - | | | | | | 252.86 |
| | | | | Subtotal (Total of this page) | | | 11,804.59 |

__13__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      S/N:33609-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Sheetfed, Inc.**                                    ,      Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Art Design Services**<br>**P.O. Box 33**<br>**Mokena, IL 60448** | - | | vendor | | | | 989.29 |
| Account No.<br><br>**Bell Finishers**<br>**3001 W. Soffel Ave.**<br>**Melrose Park, IL 60160** | - | | vendor | | | | 400.00 |
| Account No. **2216**<br><br>**Best Cutting Die Company**<br>**P.O. Box 92170**<br>**Elk Grove Village, IL 60009** | - | | vendor | | | | 771.26 |
| Account No. **522990**<br><br>**Blue Cross Blue Shield of Illinois**<br>**Healthcare Service Corporation**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** | - | | insurance | | | | 18,097.58 |
| Account No.<br><br>**Boltaron Performance Products, LLC**<br>**P.O. Box 75533**<br>**Cleveland, OH 44101** | - | | vendor | | | | 15,815.04 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **36,073.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.**                                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | vendor | | | | | |
| **Card Personalization Solutions** **Attn: Accounts Receivable** **999 Postal Road** **Allentown, PA 18109** | - | | | | | | | 10,940.87 |
| Account No. **5082 2900 5071 1081** | | | goods and services | | | | | |
| **Citi AAdvantage Business Card** **P.O. Box  688910** **Des Moines, IA 50368** | - | | | | | | | 1,420.20 |
| Account No. **ASF500** | | | vendor | | | | | |
| **ClearStaff, Inc.** **7501 S. Lemont Rd.** **Suite 220** **Woodridge, IL 60517** | - | | | | | | | 53,168.64 |
| Account No. | | | vendor | | | | | |
| **Commander Packaging Corporation** **25777 S. Cleveland Avenue** **Monee, IL 60449-9077** | - | | | | | | | 693.00 |
| Account No. | | | vendor | | | | | |
| **CP Sales, Inc.** **631 S. Joliet St.** **Maple Park, IL 00060-1515** | - | | | | | | | 1,348.20 |

Sheet no. __2___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            67,570.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **American Sheetfed, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1149** <br><br> **Cushing and Company** <br> **420 West Huron Street** <br> **Chicago, IL 60654** | | - | | | vendor | | | | 140.00 |
| Account No. **AMES60188** <br><br> **Custom Global Logistics** <br> **36968 Eagle Way** <br> **Chicago, IL 60678-1369** | | - | | | vendor | | | | 531.06 |
| Account No. <br><br> **Day International, Inc.** <br> **P.O. Box 643526** <br> **Pittsburgh, PA 15264-3526** | | - | | | vendor | | | | 498.14 |
| Account No. <br><br> **Delta Press Inc** <br> **3550 N. Lombard** <br> **Franklin Park, IL 60131** | | - | | | vendor | | | | 2,882.00 |
| Account No. <br><br> **Dreisilker Electric Motors, Inc.** <br> **36249 Treasury Center** <br> **Chicago, IL 60694** | | - | | | vendor | | | | 160.00 |
| Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | 4,211.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Envision Graphics** 225 Madsen Drive Bloomingdale, IL 60108 | - | | | vendor | | | | 2,900.00 |
| Account No. **7399** **First Industrial Securities** P.O. Box 70846 Chicago, IL 60673-0846 | - | | | landlord | | | | 81,223.28 |
| Account No. **First Industrial Securities LP** PO Box 70846 Chicago, IL 60673 | - | | | non residential lease of real property 355 E. North Ave., Carol Stream, IL | | | X | 84,000.00 |
| Account No. **Five Star Safety Equipment, Inc.** 1278 Humbracht Circle Bartlett, IL 60103 | - | | | vendor | | | | 410.88 |
| Account No. **FujiFilm Graphic Systems** Dept. CH 10764 Palatine, IL 60055-0001 | - | | | vendor | | | | 13,837.95 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                          Subtotal                 182,372.11
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | vendor | | | | | |
| **Gam Incorporated**<br>**38W212 Grove Hill Court**<br>**Batavia, IL 60510** | | - | | | | | | **2,405.59** |
| Account No. | | | 2007 Cadillac Escalade @ $749.70 through June 2010. | | | | | |
| **GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | | - | | | | | | **0.00** |
| Account No. | | | vendor | | | | | |
| **GPA**<br>**Box 88872**<br>**Milwaukee, WI 53288-0872** | | - | | | | | | **4,520.35** |
| Account No. | | | vendor | | | | | |
| **Grand Rapids Printing Ink Company**<br>**4920 Starr St. SE**<br>**Grand Rapids, MI 49546** | | - | | | | | | **3,310.52** |
| Account No. **1002** | | | vendor | | | | | |
| **Greenlight Packaging**<br>**2320 Spikehorn Ave.**<br>**Naperville, IL 60564** | | - | | | | | | **760.48** |

Sheet no. __5___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **10,996.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Sheetfed, Inc.**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Heidelberg USA Inc. 1000 Gutenberg Drive NW Kennesaw, GA 30144** | | - | installment sale of Polar 45" cutter | | | | 7,404.00 |
| Account No. **110578** **Industrial Towel & Uniform, In P.O. Box 88479 Milwaukee, WI 53288-0479** | | - | vendor | | | | 2,296.61 |
| Account No. **08-147-01** **International Financial Servs. Corp 1113 S. Milwaukee Ave., #301 Libertyville, IL 60048** | X | - | lease agreement dated 9/12/2008 | | | X | 1,172,512.00 |
| Account No. **Johnson Steel Rule Die Co. 5410 W. Roosevelt Road, #228 Chicago, IL 60644-1478** | | - | vendor | | | | 1,450.00 |
| Account No. **1396** **Jorson & Carlson Co., Inc. 1501 Pratt Blvd. P.O. Box 796 Elk Grove Village, IL 60007** | | - | vendor | | | | 605.68 |

Sheet no. __6__ of __13__ sheets attached to Schedule of          Subtotal          1,184,268.29
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Sheetfed, Inc.**
_____,
                                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **303111** <br><br> **Kurz Transfer Products, LLC** <br> **P.O. Box 601217** <br> **Charlotte, NC 28260-1217** | - | | vendor | | | | | 1,854.74 |
| Account No. **4357** <br><br> **Lechner & Sons Uniform Rental** <br> **420 Kingston Court** <br> **Mt. Prospect, IL 60056** | - | | vendor | | | | | 610.35 |
| Account No. <br><br> **Lexus Financial Services** <br> **PO Box 4102** <br> **Carol Stream, IL 60197** | - | | **2006 Lexus GS 300 @ $705.00 through August 2010.** | | | | | 0.00 |
| Account No. **969101** <br><br> **Lindenmeyr Munroe** <br> **P.O. Box 99922** <br> **Chicago, IL 60696-7722** | - | | vendor | | | | | 43,099.65 |
| Account No. <br><br> **M M Litho Sales & Service** <br> **1807 Industrial Drive** <br> **Libertyville, IL 60048** | - | | vendor | | | | | 2,083.90 |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,648.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Sheetfed, Inc.**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ASI** <br><br> **Master Paper Box Company** <br> **3641 South Iron Street** <br> **Chicago, IL 60609** | - | | vendor | | | | 15,320.76 |
| Account No. <br><br> **Mc Master-Carr Supply Co.** <br> **P.O. Box 7690** <br> **Chicago, IL 60680-7690** | - | | vendor | | | | 337.37 |
| Account No. <br><br> **McNamer Tool & Machine Co.,** <br> **511 Interstate Road** <br> **Addison, IL 60101** | - | | vendor | | | | 484.30 |
| Account No. **TS05501607 0001** <br><br> **MetLife Small Business Center** <br> **P.O. Box 804466** <br> **Kansas City, MO 64180-4466** | - | | insurance | | | | 3,860.79 |
| Account No. <br><br> **Nissan Motor Acceptance Corp** <br> **PO Box 9001133** <br> **Louisville, KY 40290** | - | | 2009 Nissan Altima @ $288.50 through June 2011. | | | | 0.00 |

Sheet no. __8___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,003.22**

B6F (Official Form 6F) (12/07) - Cont.

In re __American Sheetfed, Inc._____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AME108** <br><br> Palmer Packaging, Inc. <br> P.O. Box 335 <br> Addison, IL 60101 | - | | vendor | | | | 3,372.81 |
| Account No. **10643** <br><br> PetroLiance, LLC <br> 739 North State Street <br> Elgin, IL 60123 | - | | vendor | | | | 968.56 |
| Account No. **17001262** <br><br> Pitman Company <br> P.O. Box 402779 <br> Atlanta, GA 30384-2779 | - | | vendor | | | | 18,136.37 |
| Account No. <br><br> Platinum Converting <br> 851 Expressway Drive <br> Itasca, IL 60143 | - | | vendor | | | | 15,020.80 |
| Account No. **2418** <br><br> Porte Brown LLC <br> 845 Oakton Street <br> Elk Grove Village, IL 60007-1904 | - | | accounting services | | | | 4,797.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   42,295.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | vendor | | | | |
| **Press Smart** **13405 Millbank Drive** **Plainfield, IL 60585** | | | | | | | | 12,878.72 |
| Account No. **22060** | | - | | association dues | | | | |
| **Printing Industry Of IL/IN** **70 E. Lake Street** **Chicago, IL 60601-7645** | | | | | | | | 1,541.25 |
| Account No. | | - | | vendor | | | | |
| **Quality Lift Truck Service** **P.O. Box 1302** **580 Vista Ave.** **Addison, IL 60101** | | | | | | | | 1,846.99 |
| Account No. | X | - | | installment sale of Akiyama Bestech four color printing press | | | | |
| **RCA Capital Corp** **21-00 Rt. 208** **Fair Lawn, NJ 07410** | | | | | | | | 9,000.00 |
| Account No. | | - | | installment sale of Akiyama Bestech six color printing press, (see TD Equipment for claim amount) | | | X | |
| **RCA Capital Corp** **21-00 Rt. 208** **Fair Lawn, NJ 07410** | | | | | | | | 0.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **25,266.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **76064785**<br><br>Reliable Office Supplies<br>P.O. Box 105529<br>Atlanta, GA 30348-5529 | | - | vendor | | | | 387.67 |
| Account No.<br><br>Ridgeway Precision Mechanical Inc.<br>280 West St. Charles Road<br>Villa Park, IL 60181 | | - | vendor | | | | 4,254.36 |
| Account No. **348**<br><br>Ron's Staffing Services, Inc.<br>666 Dundee Road<br>Suite 103<br>Northbrook, IL 60062 | | - | vendor | | | | 4,487.92 |
| Account No.<br><br>Royal Courier, Inc.<br>P.O. Box 396<br>Hinsdale, IL 60522-0396 | | - | vendor | | | | 1,329.85 |
| Account No.<br><br>Sabin Robbins Paper Co.<br>2283 Paysphere Circle<br>Chicago, IL 60674 | | - | vendor | | | | 6,352.40 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,812.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Sheetfed, Inc.**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Service Pallet, LLC**<br>**35299 Eagle Way**<br>**Chicago, IL 60678-1352** | | - | vendor | | | | 495.31 |
| Account No. **505909815**<br><br>**SPRINT**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | telephone services | | | | 1.58 |
| Account No. **AMESHE**<br><br>**TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** | X | - | equipment finance installment note<br>6 color press S/N 95137 | | X | | 280,000.00 |
| Account No. **AMESH01**<br><br>**The Custom Companies Inc.**<br>**94338 Eagle Way**<br>**Chicago, IL 60678-9430** | | - | vendor | | | | 2,615.62 |
| Account No. **44552**<br><br>**Toyo Ink America, LLC**<br>**P.O. BOX 94006**<br>**Chicago, IL 60690** | | - | vendor | | | | 168.54 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

283,281.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Sheetfed, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **802472** <br><br> **Transilwrap Company, Inc.** <br> **2434 Momentum Place** <br> **Chicago, IL 60689-5324** | | - | | | vendor | | | | **12,377.90** |
| Account No. <br><br> **Trivista Plastics, LLC** <br> **24114 Network Place** <br> **Chicago, IL 60673-1241** | | - | | | vendor | | | | **0.00** |
| Account No. **80961** <br><br> **Unisource - Chicago** <br> **7472 Collection Center Dr.** <br> **Chicago, IL 60693** | | - | | | vendor | | | | **30,845.46** |
| Account No. **25580144** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL 60673-1280** | | - | | | vendor | | | | **178.57** |
| Account No. **28-008842-000** <br><br> **XPEDX** <br> **3568 Solutions Center** <br> **Chicago, IL 60677-3005** | | - | | | vendor | | | | **69,772.04** |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **113,173.97** |
| | Total <br> (Report on Summary of Schedules) | **2,045,778.79** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **American Sheetfed, Inc.**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Enovation Graphic Systems, Inc.**<br>**200 Summit Lake Drive**<br>**Valhalla, NY 10595** | **FLH-852 Plate Processor through 10/30/2009** |
| **First Industrial Securities LP**<br>**PO Box 70846**<br>**Chicago, IL 60673** | **non residential lease of real property through May 20, 2015 with Amendment through 12/31/2009** |
| **GMAC Payment Processing Center**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | **2007 Cadillac Escalade @ $749.70 through June 2010** |
| **Heidelberg USA Inc.**<br>**1000 Gutenberg Drive NW**<br>**Kennesaw, GA 30144** | **Polar 115x paper cutter S/N  @ $1,234.05 through Feb. 2011** |
| **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** | **master lease agreement for equipmeent purchased through New Oasys technologies, Ltd. @ $8,316.00 for first 6 months, then $19,857 per month for 78 months** |
| **Kodak Polychrome**<br>**401 Merritt 7**<br>**Norwalk, CT 06851** | **Digital color imager through 11/09/2009** |
| **Lexus Financial Services**<br>**PO Box 4102**<br>**Carol Stream, IL 60197** | **2006 Lexus GS300 @ $705.00 through August 2010** |
| **Nissan Motor Acceptance Corp**<br>**PO Box 9001133**<br>**Louisville, KY 40290** | **2008 Nissan Altima @ $288.50 through June 2011** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **American Sheetfed, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jordan D. Mann** | **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** |
| **Jordan D. Mann** | **RCA Capital Corp**<br>**21-00 Rt. 208**<br>**Fair Lawn, NJ 07410** |
| **Jordan D. Mann** | **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** |
| **Jordan D. Mann** | **American Chartered Bank**<br>**1199 East Higgins Road**<br>**Schaumburg, IL 60173** |
| **Mark L. Feilen** | **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** |
| **Mark L. Feilen** | **RCA Capital Corp**<br>**21-00 Rt. 208**<br>**Fair Lawn, NJ 07410** |
| **Mark L. Feilen** | **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** |
| **Mark L. Feilen** | **American Chartered Bank**<br>**1199 East Higgins Road**<br>**Schaumburg, IL 60173** |
| **Michael A. Fielen** | **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Libertyville, IL 60048** |
| **Michael A. Fielen** | **RCA Capital Corp**<br>**21-00 Rt. 208**<br>**Fair Lawn, NJ 07410** |
| **Michael A. Fielen** | **TD Equipment Finance**<br>**P.O. Box 5000**<br>**Lewiston, ME 04243** |
| **Michael A. Fielen** | **American Chartered Bank**<br>**1199 East Higgins Road**<br>**Schaumburg, IL 60173** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **American Sheetfed, Inc.**                                                    Case No. _____
                                                    Debtor(s)           Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**25**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  2, 2009**                          Signature   **/s/ Jordan D. Mann**
                                                                **Jordan D. Mann**
                                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **American Sheetfed, Inc.** _____   Case No. _____

_____   Debtor(s)   Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,038,924.00** | **2008 gross receipts** |
| **$10,861,287.00** | **2007 gross receipts** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **AllPoints Capital**<br>**265 Broad Hollow Rd.**<br>**Melville, NY 11747** | **6/1/2009**<br>**6/23/2009**<br>**8/28/2009** | **$18,198.58** | **$790,653.64** |
| **American Print & Packaging** | **8/4/2009**<br>**8/13/2009** | **$7,459.09** | **$0.00** |
| **Blue Cross Blue Shield of Illinois**<br>**Healthcare Service Corporation**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** | **6/22/2009**<br>**7/20/2009**<br>**8/6/2009** | **$49,073.72** | **$21,216.36** |
| **Card Personalization Solutions**<br>**Attn: Accounts Receivable**<br>**999 Postal Road**<br>**Allentown, PA 18109** | **7/31/2009**<br>**8/6/2009** | **$21,774.57** | **$12,879.53** |
| **ClearStaff, Inc.**<br>**7501 S. Lemont Rd.**<br>**Suite 220**<br>**Woodridge, IL 60517** | **6/9/2009**<br>**8/6/2009**<br>**9/2/2009** | **$22,053.54** | **$51,855.37** |
| **Custom Global Logistics**<br>**36968 Eagle Way**<br>**Chicago, IL 60678-1369** | **8/7/2009** | **$6,317.03** | **$531.03** |
| **First Industrial Securities LP**<br>**PO Box 70846**<br>**Chicago, IL 60673** | **7/15/2009**<br>**7/23/2009**<br>**8/17/2009**<br>**8/28/2009** | **$27,000.00** | **$84,000.00** |
| **FujiFilm Graphic Systems**<br>**Dept. CH 10764**<br>**Palatine, IL 60055-0001** | **9/2/2009** | **$5,212.40** | **$9,008.49** |
| **Instinctive Marketing Ltd.**<br>**529 N. First St.**<br>**Geneva, IL 60134** | **8/7/2009** | **$5,164.60** | **$13,430.61** |
| **International Financial Servs. Corp**<br>**1113 S. Milwaukee Ave., #301**<br>**Park Ridge, IL 60068** | **6/26/2009**<br>**8/6/2009** | **$21,206.00** | **$1,172,512.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Lindenmeyr Munroe**<br>P.O. Box 99922<br>Chicago, IL 60696-7722 | 7/31/2009 | $8,056.08 | $32,886.33 |
| **Pitman Company**<br>P.O. Box 402779<br>Atlanta, GA 30384-2779 | 6/9/2009<br>8/5/2009 | $11,764.61 | $30,048.05 |
| **Porte Brown LLC**<br>845 Oakton Street<br>Elk Grove Village, IL 60007-1904 | 8/6/2009 | $11,455.00 | $3,470.00 |
| **The Hartford** | 7/20/2009<br>9/2/2009 | $12,781.15 | $0.00 |
| **Unisource - Chicago**<br>7472 Collection Center Dr.<br>Chicago, IL 60693 | 6/23/2009<br>6/26/2009<br>8/6/2009<br>8/28/2009 | $37,416.79 | $15,931.89 |
| **Web Technology** | 8/6/2009 | $8,660.27 | $0.00 |
| **XPEDX**<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | 6/2/2009<br>6/11/2009<br>6/22/2009<br>8/6/2009<br>8/28/2009 | $160,599.03 | $69,470.71 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow** **175 W. Jackson Boulevard, Suite 160** **Chicago, IL 60604** | **September 2009** | **$15,000.00** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Porte Brown, LLC** | **2003 - 2009** |
| **845 Oakton Street** | |
| **Elk Grove Village, IL 60007** | |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **American Chartered Bank** | **Feb. 2009, Feb. 2008** |
| **1199 East Higgins Road** | |
| **Schaumburg, IL 60173** | |
| **International Financial Servs. Corp** | **July 2008** |
| **1113 S. Milwaukee Ave., #301** | |
| **Park Ridge, IL 60068** | |
| **First Industrial Securities LP** | **May 2009** |
| **PO Box 70846** | |
| **Chicago, IL 60673** | |

### 20. Inventories

None
☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **August 31, 2009** | **John Purault** | **27,000 (liquidation)** |
| **July 31, 2009** | **John Purault** | **27,000 (liquidation)** |

None
☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **August 31, 2009** | **John Purault** |
| **July 31, 2009** | **John Purault** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Jordan D. Mann, President** | **Common voting stock** | **33 1/3%** |
| **Michael A. Feilen** | **Common Voting Stock** | **33 1/3%** |
| **Mark L. Feilen** | **Common Stock (non-voting)** | **33 1/3%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jordan D. Mann**<br>**330 N. Taylor**<br>**Oak Park, IL 60302** | **10/2/08-10/2/09** | **$91,999.96** |
| **Michael A. Feilen**<br>**39 West 389 Hogan Hill**<br>**Elgin, IL 60124** | **10/2/08-10/2/09** | **$91,999.96** |
| **Mark L. Feilen**<br>**0 South 369 Winfield Road**<br>**Carol Stream, IL 60197** | **10/2/08 - 10/2/09** | **$91,999.96** |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October  2, 2009**                     Signature  **/s/ Jordan D. Mann**
                                                           **Jordan D. Mann**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re   **American Sheetfed, Inc.**                                           ,   Case No. _____

                                          Debtor

                                                                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jordan D. Mann**<br>**330 N. Taylor**<br>**Oak Park, IL 60302** | **Coomon** | **333 1/3** | **Voting shares** |
| **Mark L. Feilen**<br>**0 South 369 Winfield Road**<br>**Winfield, IL 60197** | **Common** | **333 1/3** | **Non-voting shares** |
| **Michael A. Feilen**<br>**39 West 389 Hogan Hill**<br>**Elgin, IL 60124** | **Common** | **333 1/3** | **Voting shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October  2, 2009**_____        Signature _**/s/ Jordan D. Mann**_____
                                                                    **Jordan D. Mann**
                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re __American Sheetfed, Inc._____

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __83__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __October  2, 2009_____     /s/ Jordan D. Mann_____

**Jordan D. Mann**/**President**
Signer/Title

A & M Quality Transport, Inc.
758 Lambert Lane
Bartlett, IL 60103


Aflac Incorporated
1932 Wynnton Road
Columbus, GA 31999


Alden & Ott Printing Inks, LP
616 East Brook Drive
Arlington Heights, IL 60005


Allied Waste Services #933
P.O. Box 9001154
Louisville, KY 40290-1154


AllPoints Capital
265 Broad Hollow Rd.
Melville, NY 11747


American Chartered Bank
1199 East Higgins Road
Schaumburg, IL 60173


Art Design Services
P.O. Box 33
Mokena, IL 60448


Bell Finishers
3001 W. Soffel Ave.
Melrose Park, IL 60160


Best Cutting Die Company
P.O. Box 92170
Elk Grove Village, IL 60009


Blue Cross Blue Shield of Illinois
Healthcare Service Corporation
P.O. Box 1186
Chicago, IL 60690-1186


Boltaron Performance Products, LLC
P.O. Box 75533
Cleveland, OH 44101

Card Personalization Solutions
Attn: Accounts Receivable
999 Postal Road
Allentown, PA 18109


Citi AAdvantage Business Card
P.O. Box 688910
Des Moines, IA 50368


ClearStaff, Inc.
7501 S. Lemont Rd.
Suite 220
Woodridge, IL 60517


Commander Packaging Corporation
25777 S. Cleveland Avenue
Monee, IL 60449-9077


CP Sales, Inc.
631 S. Joliet St.
Maple Park, IL 00060-1515


Cushing and Company
420 West Huron Street
Chicago, IL 60654


Custom Global Logistics
36968 Eagle Way
Chicago, IL 60678-1369


Day International, Inc.
P.O. Box 643526
Pittsburgh, PA 15264-3526


Delta Press Inc
3550 N. Lombard
Franklin Park, IL 60131


Dreisilker Electric Motors, Inc.
36249 Treasury Center
Chicago, IL 60694


Enovation Graphic Systems, Inc.
200 Summit Lake Drive
Valhalla, NY 10595

Envision Graphics
225 Madsen Drive
Bloomingdale, IL 60108


First Industrial Securities
P.O. Box 70846
Chicago, IL 60673-0846


First Industrial Securities LP
PO Box 70846
Chicago, IL 60673


Five Star Safety Equipment, Inc.
1278 Humbracht Circle
Bartlett, IL 60103


FujiFilm Graphic Systems
Dept. CH 10764
Palatine, IL 60055-0001


Gam Incorporated
38W212 Grove Hill Court
Batavia, IL 60510


GMAC
PO Box 9001948
Louisville, KY 40290


GMAC Payment Processing Center
PO Box 9001948
Louisville, KY 40290


GPA
Box 88872
Milwaukee, WI 53288-0872


Grand Rapids Printing Ink Company
4920 Starr St. SE
Grand Rapids, MI 49546


Greenlight Packaging
2320 Spikehorn Ave.
Naperville, IL 60564

Heidelberg USA Inc.
1000 Gutenberg Drive NW
Kennesaw, GA 30144


Howard Sokol
357 Rivershire Court
Lincolnshire, IL 60069


Industrial Towel & Uniform, In
P.O. Box 88479
Milwaukee, WI 53288-0479


Instinctive Marketing Ltd.
529 N. First St.
Geneva, IL 60134


International Financial Servs. Corp
1113 S. Milwaukee Ave., #301
Libertyville, IL 60048


James R. Severyns
268 Anthony St.
Glen Ellyn, IL 60137


Johnson Steel Rule Die Co.
5410 W. Roosevelt Road, #228
Chicago, IL 60644-1478


Jordan D. Mann


Jorson & Carlson Co., Inc.
1501 Pratt Blvd.
P.O. Box 796
Elk Grove Village, IL 60007


Kathy Liebich
4107 N Kostner
Chicago, IL 60641


Kodak Polychrome
401 Merritt 7
Norwalk, CT 06851

Kurz Transfer Products, LLC
P.O. Box 601217
Charlotte, NC 28260-1217


Lechner & Sons Uniform Rental
420 Kingston Court
Mt. Prospect, IL 60056


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197


Lindenmeyr Munroe
P.O. Box 99922
Chicago, IL 60696-7722


M M Litho Sales & Service
1807 Industrial Drive
Libertyville, IL 60048


Mark L. Feilen


Master Paper Box Company
3641 South Iron Street
Chicago, IL 60609


Mc Master-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


McNamer Tool & Machine Co.,
511 Interstate Road
Addison, IL 60101


MetLife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466


Michael A. Fielen

Nissan Motor Acceptance Corp
PO Box 9001133
Louisville, KY 40290


Palmer Packaging, Inc.
P.O. Box 335
Addison, IL 60101


PetroLiance, LLC
739 North State Street
Elgin, IL 60123


Phillip Raffin
892 Goodrich Place
Palatine, IL 60067


Pitman Company
P.O. Box 402779
Atlanta, GA 30384-2779


Platinum Converting
851 Expressway Drive
Itasca, IL 60143


Porte Brown LLC
845 Oakton Street
Elk Grove Village, IL 60007-1904


Press Smart
13405 Millbank Drive
Plainfield, IL 60585


Printing Industry Of IL/IN
70 E. Lake Street
Chicago, IL 60601-7645


Quality Lift Truck Service
P.O. Box 1302
580 Vista Ave.
Addison, IL 60101


RCA Capital Corp
21-00 Rt. 208
Fair Lawn, NJ 07410

Reliable Office Supplies
P.O. Box 105529
Atlanta, GA 30348-5529


Ridgeway Precision Mechanical Inc.
280 West St. Charles Road
Villa Park, IL 60181


Ron's Staffing Services, Inc.
666 Dundee Road
Suite 103
Northbrook, IL 60062


Royal Courier, Inc.
P.O. Box 396
Hinsdale, IL 60522-0396


Sabin Robbins Paper Co.
2283 Paysphere Circle
Chicago, IL 60674


Service Pallet, LLC
35299 Eagle Way
Chicago, IL 60678-1352


SPRINT
P.O. Box 4181
Carol Stream, IL 60197-4181


TCF Leasing Inc.
PO Box 4130
Hopkins, MN 55343-0498


TD Equipment Finance
P.O. Box 5000
Lewiston, ME 04243


The Custom Companies Inc.
94338 Eagle Way
Chicago, IL 60678-9430


Toyo Ink America, LLC
P.O. BOX 94006
Chicago, IL 60690

Transilwrap Company, Inc.
2434 Momentum Place
Chicago, IL 60689-5324


Trivista Plastics, LLC
24114 Network Place
Chicago, IL 60673-1241


Unisource - Chicago
7472 Collection Center Dr.
Chicago, IL 60693


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


US Bankcorp Equipment Finance
PO Box 790413
Saint Louis, MO 63179-0413


XPEDX
3568 Solutions Center
Chicago, IL 60677-3005

# United States Bankruptcy Court
## Northern District of Illinois

In re   **American Sheetfed, Inc.**                 Case No. _____

                                     Debtor(s)      Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Sheetfed, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**October  2, 2009** _____

Date

---

**/s/ Robert R. Benjamin** _____

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for    **American Sheetfed, Inc.** _____

**Querrey & Harrow, Ltd.**

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**